# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Benjamin Flournoy

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0229-WQH-DEB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES all claims against all Defendants in the Second Amended Complaint without prejudice and without further leave to amend pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b). This case is hereby closed.

**Date:** 9/1/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-229-WQH-DEB

R. Acevedo,
Warden;
A. Rayes,
Associate Warden;
J. Martinez,
Facility Captain;
A. Reece,
Lieutenant;
D. Eustaquio,
Sergeant;
B. Louie,
Seargent;
K. Mansfield,
Sergeant;
A. Solano,
Sergeant;
R. Segovia,
Sergeant;
A. Cuevas,
Peace Officer;
R. Romo,
Peace Officer;
A. Olmos,
Peace Officer;
O. Ylv,
Peace Officer;
E. Velasco,
Peace Officer